# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0792

VERSUS

REGINALD DAVIS

**SEPTEMBER 25, 2023**

---

In Re:    Reginald Davis, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23-WCR-345.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

  **WRIT DENIED.**  See **State v. Reddick,** 2021-01893  (La. 10/21/22), 351 So.3d 273.

                    **JMG**
                    **WRC**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT